# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

| | |
|---|---|
| CARMINA R. COMPARELLI, an individual, and<br><br>JULIO C. DELGADO COMPARELLI, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, a sovereign nation,<br><br>PETROQUÍMICA DE VENEZUELA, S.A., an agency or instrumentality of the Bolivarian Republic of Venezuela, and<br><br>INTERNATIONAL PETROCHEMICAL SALES, LTD., a British Virgin Islands corporation,<br><br>*Defendants*. | Case No. :14-cv-24414-WILLIAMS |

## URGENT MOTION OF BOLIVARIAN REPUBLIC OF VENEZUELA FOR STAY

The Bolivarian Republic of Venezuela (the "Republic") respectfully seeks a stay of the current deadline (of today) for submission of a status report, and further requests an expedited resolution of the Motion of the Bolivarian Republic of Venezuela for Substitution of Counsel (the "Motion to Substitute Counsel") [dckt. 134]. The grounds for this Motion are as follows:

1.  As set forth in the Motion to Substitute Counsel, United States law does not permit unauthorized counsel to appear for the Republic or to otherwise bind it. Nevertheless, unauthorized counsel insist upon proceeding apace, and the Plaintiffs are unable or unwilling to

1

pause in the proceedings to allow time for the Court to rule on the pending Motion to Substitute Counsel and to stay the proceedings.

2.  The continued participation of unauthorized counsel in this case is offensive to the Republic. They are now strangers to the proceeding, and their filings are as offensive to the Republic as would be the filings of the pretender to the throne of France to the Republic of France. Indeed, the National Assembly has adopted a resolution specifically disavowing any acts of Mr. Maduro's appointees and designees. (Attached as Exhibit 1).

3.  The Republic respectfully requests that the Court adjourn today's deadline and set a schedule for an expedited resolution of the pending Motion to Substitute Counsel.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(3)

Pursuant to Rule 7.1(a)(3) of the Local Rules of Civil Practice and Procedure of the United States District Court for the Southern District of Florida, the undersigned counsel for the Republic hereby certifies that he has attempted to confer with counsel in a good faith attempt to resolve the issues raised in this Motion, however, counsel advised that he is travelling and unable to meet and confer before the time need to submit this Motion.

**RESPECTFULLY SUBMITTED,**

Dated: March 22, 2019

/s/ *Manuel Kushner*
Manuel Kushner
ARNOLD & PORTER KAYE SCHOLER LLP
Phillips Point, East Tower
777 S. Flagler Drive, Suite 1000
West Palm Beach, FL 33401-6152
Telephone: +1 561.802.3230
Fax: +1 561.802.3217
manuel.kushner@arnoldporter.com

Kent A. Yalowitz*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
kent.yalowitz@arnoldporter.com

E. Whitney Debevoise*
Arturo Caraballo*
Sally L. Pei*
Stephen K. Wirth*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
whitney.debevoise@arnoldporter.com
sally.pei@arnoldporter.com
stephen.wirth@arnoldporter.com

**Pro hac* motions forthcoming.*

*Attorneys for the Bolivarian Republic of Venezuela*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2019, I electronically filed the foregoing document with the United States District Court for the Southern District of Florida by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated:  March 22, 2019                                                      */s/* Manuel Kushner
                                                                                   Manuel Kushner

US 164593337v1