# Exhibit 1



Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

[*Translation*]

# THE NATIONAL ASSEMBLY OF THE
# BOLIVARIAN REPUBLIC OF VENEZUELA

Speaking on behalf of the free, sovereign, and democratic people,

Representing the highest national interests of the Venezuelan people, and based on the provisions of article 187, numeral 3 of the Constitution, approves the following:

### RESOLUTION CONFIRMING THE USURPATION OF THE OFFICE OF THE ATTORNEY GENERAL OF THE REPUBLIC AND IN SUPPORT OF THE SPECIAL ATTORNEY GENERAL

### WHEREAS

As reported by the National Assembly in a session held on November 10, 2016, among others, and by Resolution approved on September 12, 2018, Reinaldo Muñoz Pedroza cannot be considered to be the legitimate Attorney General of the Republic as he was not appointed in accordance with the applicable Constitutional procedure. Consequently, all acts and contracts adopted or entered into by him invoking his status as Attorney General of the Republic should be considered non-existent, pursuant to article 138 of the Constitution of the Republic. Accordingly, such acts and contracts shall not be enforceable against the State;

### WHEREAS

Apart from the above, currently the international representation of the State, including in judicial and extrajudicial matters, shall pertain exclusively to the President of the National Assembly acting as Interim President of the Republic, as recognized by various countries of the international community;

### WHEREAS

To exercise said judicial and extrajudicial representation, the Statute Governing the Transition to Democracy to Restore the Full Force and Effect of the Constitution of the Bolivarian Republic of Venezuela, article 15 provides for the office of the Special Attorney General. Mr. José Ignacio Hernández G. was appointed Special Attorney General by decision of the Interim President on February 5, 2019, and the appointment was approved by the National Assembly in ordinary session on February 27, 2019, all within the framework of the Constitution;

**WHEREAS**

In spite of the foregoing, Reinaldo Muñoz Pedroza continues to usurp the representation of the Venezuelan State in foreign courts and has attempted to appoint representatives of the Venezuelan State in foreign courts and international arbitral tribunals;

**WHEREAS**

The actions described above hinder the defense of the interests of the State as a result of the usurpation of the Presidency of the Republic, which may result in harm to the public assets.

**AGREES**

**ONE.**  To ratify that all acts and contracts adopted or entered into by Reinaldo Muñoz Pedroza, invoking his status as Attorney General of the Republic, shall be considered non-existent, in accordance with article 138 of the Constitution of the Bolivarian Republic of Venezuela.  Accordingly, such acts and contracts shall not be enforceable against the State.

**TWO.**  To confirm that any judicial or extrajudicial representation of the Venezuelan State, including in international arbitration proceedings, pertains exclusively to the Special Attorney General in accordance with article 15 of the Statute Governing the Transition to Democracy to Restore the Full Force and Effect of the Constitution of the Bolivarian Republic of Venezuela, or to any lawyer appointed by the Special Attorney General.

**THREE.**  To urge foreign courts, international arbitral tribunals, and any other foreign State authority to not accept Reinaldo Muñoz Pedroza, or any lawyer by him appointed, as representative of the Venezuelan State.

**FOUR.**  To publish the present Resolution.

2

Signed, sealed, and issued at the Federal Legislative Palace, seat of the National Assembly of the Bolivarian Republic of Venezuela.  Caracas, March 19, 2019.
209th Year of the Independence, 160th Year of the Federation.

[*Signed*]

**JUAN GERARDO GUAIDÓ MARTINEZ**
President

[*Signed*]
**EDGAR JOSE ZAMBRANO RAMIREZ**
First Vice-President

[*Signed*]
**IVAN STALIN GONZALEZ MONTAÑO**
Second Vice-President

[*Signed*]
**EDINSON DANIEL FERRER ARTEAGA**
Secretary

[*Signed*]
**JOSE LUIS CARTAYA PIÑANGO**
Undersecretary

# CERTIFICATE OF TRANSLATION

I, Aura COLMANNI, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator, holder of an M.A. degree in Translation from Sorbonne University, Paris, France;

2. I am totally fluent in Spanish and English, and capable of translating accurately between the two languages;

3. The English-language text is a full and accurate translation of the attached Spanish-language document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Aura Colmanni - Translator
March 21, 2019


601 Massachusetts Ave, NW
Washington, DC 20001

República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

# LA ASAMBLEA NACIONAL
# DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

Como vocera del pueblo libre, soberano y democrático,

En representación de los más altos intereses nacionales del pueblo venezolano y con base en lo dispuesto en el artículo 187, numeral 3 de la Constitución, aprueba el siguiente

## ACUERDO DE RATIFICACIÓN DE LA USURPACIÓN
## DEL PROCURADOR GENERAL DE LA REPÚBLICA Y EN APOYO
## DEL PROCURADOR ESPECIAL

### CONSIDERANDO

Que tal y como la Asamblea Nacional lo ha venido denunciando, entre otras, en sesión celebrada en fecha 10 de noviembre 2016 y en Acuerdo aprobado el 12 de septiembre de 2018, Reinaldo Muñoz Pedroza no puede ser considerado como legítimo Procurador General de la República, pues no ha sido designado de conformidad con el procedimiento constitucional aplicable, con lo cual todos los actos y contratos adoptados o suscritos por este, invocando su condición de Procurador General de la República, deben considerarse inexistentes, de conformidad con el artículo 138 de la Constitución de la República, y que por ende, tales actos y contratos no serán oponibles al Estado;

### CONSIDERANDO

Que al margen de lo anterior, actualmente la representación internacional del Estado, incluso en materias judiciales y extrajudiciales, recae exclusivamente en el Presidente de la Asamblea Nacional actuando como Presidente encargado de la República, tal y como lo han reconocido diversos países de la comunidad internacional;

### CONSIDERANDO

Que para el ejercicio de esa representación judicial y extrajudicial, el Estatuto que rige la transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela creó en su artículo 15 la figura del Procurador Especial, cargo para el cual fue designado el ciudadano José Ignacio Hernández G. por decisión del Presidente encargado de fecha 5 de febrero de 2019, aprobada por esta Asamblea Nacional en sesión ordinaria del 27 de febrero, todo ello en el marco de la Constitución;

### CONSIDERANDO

Que a pesar de lo anterior, el ciudadano Reinaldo Muñoz Pedroza ha continuado usurpando la representación del Estado venezolano en cortes extranjeras, e incluso, ha pretendido designar representantes del Estado venezolano en cortes extranjeras y tribunales arbitrales internacionales;



República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

## CONSIDERANDO

Que las señaladas actuaciones entorpecen la defensa de los intereses del Estado como consecuencia de la usurpación de la Presidencia de la República, pudiendo derivar de ello perjuicios al patrimonio público.

## ACUERDA

**PRIMERO**. Ratificar que todos los actos y contratos adoptados o suscritos por Reinaldo Muñoz Pedroza, invocando su condición de Procurador General de la República, deben considerarse inexistentes, de conformidad con el artículo 138 de la Constitución de la República Bolivariana de Venezuela, y que por ende, tales actos y contratos no serán oponibles al Estado.

**SEGUNDO**. Ratificar que la representación judicial y extrajudicial del Estado venezolano, incluso en arbitrajes internacionales, recae exclusivamente en el Procurador Especial designado de conformidad con el artículo 15 del Estatuto que rige la transición a la democracia para restablecer la vigencia de la constitución de la República Bolivariana de Venezuela, o en los abogados por este designados.

**TERCERO**. Exhortar a las cortes extranjeras, a los tribunales arbitrales internacionales y a cualquier otra autoridad de Estados extranjeros a no aceptar la representación del Estado venezolano ejercida por el ciudadano Reinaldo Muñoz Pedroza o por alguno de los abogados por este designados.

**CUARTO.** Dar publicidad al presente Acuerdo.

Dado, firmado y sellado en el Palacio Federal Legislativo, sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en Caracas a los diecinueve días del mes de marzo de 2019. Año 209° de la Independencia y 160° de la Federación.

JUAN GERARDO GUAIDÓ MÁRQUEZ
Presidente

EDGAR JOSÉ ZAMBRANO RAMÍREZ
Primer Vicepresidente

IVÁN STALIN GONZÁLEZ MONTAÑO
Segundo Vicepresidente

EDINSON DANIEL FERRER ARTEAGA
Secretario

JOSÉ LUIS CARTAYA PIÑANGO
Subsecretario