UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CARMINA R. COMPARELLI, an individual
and JULIO C. DELGADO COMPARELLI, an
individual.

          Plaintiffs,   Case No..: 1-14-CV-24414-KMW

      -against-

REPÚBLICA BOLIVARIANA DE VENEZUELA,
a sovereign nation, PETROQUÍMICA DE
VENEZUELA, S.A., an agency or instrumentality
of the Bolivarian Republic of Venezuela, and
INTERNATIONAL PETROCHEMICAL SALES,
LTD., a British Virgin Islands corporation.

          Defendants.
_____/

**PLAINTIFFS' CARMINA COMPARELLI AND JULIO DELGADO AND
DEFENDNATS' PETROQUEMICA DE VENEZUELA, S.A., AND INTERNATIONAL
PETROCHEMICAL SALES, LTD. JOINT MOTION FOR STATUS CONFERENCE**

  Plaintiffs, Carmina R. Comparelli ("Carmina") and Julio C. Delgado Comparelli ("Julio") (collectively, "Plaintiffs"), and Defendants, Petroquímica de Venezuela S.A. ("Pequiven") and International Petrochemical Sales Ltd.'s ("IPSL") (collectively, "Defendants"), file this joint motion for status conference. In support thereof, Plaintiffs and Defendants state as follows:

**FACTUAL BACKGROUND**

  1.  On January 24, 2019, the Court entered a Scheduling Order for jurisdictional discovery [ECF No. 121].

  2.  On February 27, 2019, Pequiven and IPSL filed a Motion to Stay Due to Current Events in Venezuela (the "Motion to Stay") [ECF No. 123].

3. On March 1, 2019, Pequiven and IPSL filed a Motion for a 120-Day Enlargement of Time to Respond to Discovery Requests (the "Motion for Enlargement of Time") [ECF No. 124].

4. On March 8, 2019, Repulica Bolivariana de Venezuela ("Venezuela") filed a Motion for Extension of Time to Serve its Written Responses to Plaintiffs' First Set of Discovery Requests [ECF No. 125] ("Venezuela's Motion for Extension of Time").

5. On March 19, 2019, Venezuela filed a Motion for Substitution of Counsel [ECF No. 134] ("Motion for Substitution of Counsel") wherein Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), seeks to substitute GST LLP ("GST") as counsel for Venezuela.

6. On March 22, 2019, Arnold & Porter, on behalf of Venezuela, filed an Urgent Motion for Stay [ECF No. 139] ("Venezuela's Urgent Motion for Stay"). In Venezuela's Urgent Motion to Stay, Arnold & Porter argues that a stay is required until the Motion for Substitution of Counsel is decided because GST insists on representing Venezuela contrary to United States law.

**ARGUMENT**

Plaintiffs and Defendants, IPSL and Pequiven, respectfully request a status conference to shed light and clarity on the various issues pending before the Court. The recent filings in this case have caused a great deal of confusion as to how the parties should proceed with the current deadlines in the Scheduling Order. There are various motions to stay the proceedings that have not been adjudicated. Jurisdictional discovery deadlines have not been complied with. There are competing counsels seeking to represent Venezuela. Such issues present various unanswered questions, including: (a) if, as Arnold & Porter argues, GST has been representing Venezuela without authorization since the United States recognized Guaido as the Interim President of

2

Venezuela, then are all filings by GST on behalf of Venezuela since that date deemed void; (b) how is the Scheduling Order affected; (c) should the Scheduling Order be amended.

WHEREFORE, for the reasons set forth above, Plaintiffs and Defendants, IPSL and Pequiven, respectfully request this Court enter an Oder: (i) granting this Motion; (ii) ordering a status conference; and (iii) granting any further relief the Court deems just and proper.

Dated:  March 28, 2019.

Respectfully submitted,

LAW OFFICES OF RODRIGO S. DA SILVA, P.A.
777 Arthur Godfrey Road, Suite 402
Miami Beach, Florida 33140
E-mail: rodrigo@rdasilvalaw.com
Telephone:	(305) 615-1434
Facsimile:	(305) 615-1435

By: /s/ *Rodrigo S. Da Silva*
    Rodrigo S. Da Silva, Esq.
    Florida Bar No. 0088600
    *Counsel for Plaintiffs, Carmina R. Comparelli and Julio C. Delgado Comparelli*

HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, Florida 33131
Telephone:	(305) 459-6625
Facsimile:	(305) 459-6550

By: /s/ *Mark R. Cheskin*
    Mark Cheskin, Esq.
    Florida Bar No.143154
    Mark.cheskin@hoganlovells.com
    Richard C. Lorenzo, Esq.
    Florida Bar No. 071412
    Richard.lorenzo@hoganlovells.com
    *Counsel for Defendnats Petroquimica de Venezuela, S.A., and International Petrochemical Sales, Ltd.*

## CERTIFICATE OF COMPLIANCE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for plaintiffs Carmina R. Comparelli and Julio C. Delgado Comparelli, Rodrigo S. Da Silva, certifies that he conferred with Quinn Smith, Esq. counsel for Bolivarian Republic of Venezuela, on March 18, 2019, who represented that his client opposes the relief sought herein. Counsel for plaintiffs also conferred with Arnold & Porter, counsel seeking to substitute GST, LLP, as counsel for Venezuela, on March 27, 2019, who represented that it does not oppose the relief sought herein, and in fact, supports such relief.

/s/ *Rodrigo S. Da Silva*
Rodrigo S. Da Silva, Esq.

## CERTIFICATION OF SERVICE

I hereby certify that on March 28, 2019, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Rodrigo S. Da Silva*
Rodrigo S. Da Silva, Esq.