IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

| | |
|---|---|
| CARMINA R. COMPARELLI, an individual, and<br><br>JULIO C. DELGADO COMPARELLI, an individual,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, a sovereign nation,<br><br>PETROQUÍMICA DE VENEZUELA, S.A., an agency or instrumentality of the Bolivarian Republic of Venezuela, and<br><br>INTERNATIONAL PETROCHEMICAL SALES, LTD., a British Virgin Islands corporation,<br><br>   *Defendants*. | Case No.:14-cv-24414-WILLIAMS |

## POSITION OF THE BOLIVARIAN REPUBLIC OF VENEZUELA ON PLEADINGS FILED BY PREDECESSOR COUNSEL

On January 11, 2021, this Court granted the motion of the Bolivarian Republic of Venezuela (the "Republic") to substitute Arnold & Porter Kaye Scholer LLP as counsel for the Republic, and to remove as counsel of record the law firm GST LLP, which had been instructed by the Maduro regime. The Court directed the Republic to advise the Court of its position on pleadings filed by previous counsel, including those identified by Plaintiffs in their motion to strike.

The Republic has reviewed the pleadings filed by previous counsel that post-date the United States' January 23, 2019 recognition of Interim President Juan Guaidó and its rejection of

1

the legitimacy of the Maduro regime. A list of the pleadings, and the Republic's position on each, is attached as Exhibit A. The pleadings fall into three categories as described in further detail below.

### 1. Filings that the Republic does not adopt (docket entries 146, 149, 154, 155, 164, 170)

Certain filings contain statements that were unauthorized and that should not have been filed in the name of the Republic. The Republic does not adopt these statements and the record should reflect that they do not set forth the views of the Republic, or that they are otherwise not adopted by the Republic. The Republic does not adopt the expert report authored by Julio César Arias Rodríguez (or the amended report or the English translation of the amended report). The Republic does not intend to put Mr. Arias Rodríguez forward as an expert witness in this case.

### 2. Filings that are moot (docket entries 125, 133, and 142)

Several of the documents filed by previous counsel pertain to issues as to which there is no longer any live controversy. In particular, docket entries number 125 and 133 concern a request by previous counsel for an extension of time to serve written discovery responses to Plaintiffs' February 6, 2019 discovery request. Docket entry number 142 was an opposition to Plaintiffs' March 9, 2019 motion to compel jurisdictional discovery, for contempt, and for sanctions, in connection with Plaintiffs' contention that Defendants had not served responses to Plaintiffs' discovery requests. Previous counsel served written discovery responses on March 15, 2019. Accordingly, the motion for an extension of time, as well as Plaintiffs' March 9, 2019 motion to compel discovery, for contempt, and for sanctions, are moot.

The Republic takes no position on docket entries 125, 133, and 142, other than to note that these pleadings were filed ultra vires by counsel who lacked the authority to speak on behalf of the Republic.

### 3. Filings that the Republic requires additional time to evaluate (docket entries 131 and 167)

Previous counsel submitted two pleadings regarding the Republic's compliance with its discovery obligations. The Republic is not yet in a position to attest to the responsiveness of previous counsel's written disclosures, but is endeavoring to gather necessary information and to assess this issue as rapidly as possible. The Republic is committed to working with Plaintiffs to do so to the best of its ability consistent with the Court's schedule.

### 4. Plaintiffs' motion to strike (docket entry 156)

The Court also asked for the Republic's views on Plaintiffs' motion to strike (docket entry 156). So long as the record accurately reflects that filings by attorneys directed by the Maduro regime were unauthorized, the Court may deny Plaintiffs' motion as moot. The Republic does not believe that any of the filings identified in Plaintiffs' motion need to be removed from the Court's record of proceedings. Instead, the Republic respectfully requests that the Court make clear that the filings were unauthorized by the recognized representatives of the Republic.

**RESPECTFULLY SUBMITTED,**

Dated: January 25, 2021

*/s/ Jason A. Ross*
Jason A. Ross (Florida Bar No. 594466)
E. Whitney Debevoise*
Arturo Caraballo*
Sally L. Pei*
Stephen K. Wirth*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
whitney.debevoise@arnoldporter.com
sally.pei@arnoldporter.com
stephen.wirth@arnoldporter.com

Kent A. Yalowitz*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
kent.yalowitz@arnoldporter.com

*Admitted *pro hac vice*

*Attorneys for the Bolivarian Republic of Venezuela*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2021, I electronically filed the foregoing document with the United States District Court for the Southern District of Florida by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  January 25, 2021                  */s/ Jason A. Ross*
                                                  Jason A. Ross