**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 14-cv-24414-WILLIAMS/TORRES

CARMINA R. COMPARELLI, an individual,
and JULIO C. DELGADO COMPARELLI,
an individual,

    Plaintiffs,

v.

REPÚBLICA BOLIVARIANA DE
VENEZUELA, a sovereign nation,
PETROQUÍMICA DE VENEZUELA, S.A.,
an agency or instrumentality of the Bolivarian
Republic of Venezuela, and INTERNATIONAL
PETROCHEMICAL SALES, LTD., a British
Virgin Islands corporation,

    Defendants.
_____/

## **STATUS REPORT**

On January 31, 2021, the Court granted, in part, Hogan Lovells' motion for extension of time to obtain instructions from its clients, Defendants Petroquímica de Venezuela S.A. ("Pequiven") and International Petrochemical Sales Ltd. ("IPSL"). *See* ECF No. 186. In its January 31st Order, the Court instructed Hogan Lovells to notify the Court if Hogan Lovells would proceed as counsel for Pequiven and IPSL in this matter, or whether it would begin the process of withdrawing. Hogan Lovells has since received instructions from Pequiven and IPSL, and notifies the Court that Hogan Lovells will proceed as counsel for Pequiven and IPSL.

Pequiven and IPSL shall file a status report as set forth in the Court's Order [ECF No. 178] on or before February 15, 2021.

Dated: February 8, 2021

Respectfully submitted,

**HOGAN LOVELLS US LLP**
600 Brickell Avenue
Suite 2700
Miami, Florida 33131
Telephone:	305-459-6500
Facsimile:	305-459-6550

By:	*s/Rafael S. Ribeiro*
	Mark Cheskin
	Fla. Bar No. 143154
	mark.cheskin@hoganlovells.com
	Richard C. Lorenzo
	Florida Bar No. 071412
	richard.lorenzo@hoganlovells.com
	Rafael R. Ribeiro
	Fla. Bar No. 896241
	rafael.ribeiro@hoganlovells.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2021, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:	*s/Rafael R. Ribeiro*