**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 14-24414-CIV-WILLIAMS**

CARMINA COMPARELLI, *et al.*,

    Plaintiffs,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA, *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS MATTER** is before the Court on Defendant the Bolivarian Republic of Venezuela's (the "Republic") notice of its position on pleadings filed by previous counsel (DE 183) and Plaintiffs' notice of non-opposition (DE 189). The Republic indicates that it does not adopt the following filings:

1. Notice of Filing Expert Report of Julio Cesar Arias Rodriguez. (DE 146).

2. Notice of Filing Expert Report of Julio Cesar Arias Rodriguez. (DE 149).

3. Notice of Filing English Translation of the Expert Report of Julio Cesar Arias Rodriguez. (DE 154).

4. Sur Reply in Opposition to Arnold & Porter's Motion for Substitution of Counsel. (DE 155).

5. Response to Motion to Strike Filings and Discovery Responses Served or Filed by GST LLP Since January 23, 2019. (DE 164).

6. Status Report. (DE 170).

According to the Republic, "certain filings contain statements that were unauthorized and that should not have been filed in the name of the Republic," therefore, the Republic states it "does not adopt these statements and the record should reflect that they do not set forth the views of the Republic, or that they are otherwise not adopted by the Republic." (DE 183). Therefore, docket entries 146, 149, 154, 155, 164, and 170 are **STRICKEN**.

The Republic next provides that several of the documents filed by previous counsel (DE 125; DE 133; DE 142) pertain to issues to which there is no longer any live controversy. The Republic states that it takes no position on these filings "other than to note that these pleadings were filed ultra vires by counsel who lacked the authority to speak on behalf of the Republic." Docket entry 125 is a motion for extension of time to serve written responses to Plaintiffs' first set of discovery requests. Docket entry 133 is a Reply in support of that motion. According to the Republic, previous counsel served written discovery responses, therefore, the motion for an extension of time (DE 125) is moot. The Republic also notes that Plaintiffs' motion to compel discovery, for contempt, and for sanctions (DE 126) and the Republic's opposition to that motion (DE 142) are also moot. Based on the Republic's statements that written discovery responses were served, and in light of Plaintiffs' non-opposition, the motion for extension of time to serve written discovery responses (DE 125) and the motion to compel discovery, for contempt, and for sanctions (DE 126) are **DENIED AS MOOT.**

As to Plaintiffs' motion to strike (DE 156), the Republic indicates that it may be denied as moot "[s]o long as the record accurately reflects that filings by attorneys directed by the Maduro regime were unauthorized." (DE 183). The Republic states that it "does not believe that any of the filings identified in Plaintiffs' motion need to be removed

from the Court's record of proceedings. Instead, the Republic respectfully requests that the Court make clear that the filings were unauthorized by the recognized representatives of the Republic." The Court granted the Republic's motion for substitution of counsel and directed counsel to file its position on pleadings filed by previous counsel. (DE 178). To the extent the Republic wishes to strike any additional pleading because it was filed by previous counsel and was unauthorized, it may do so in an updated notice to the Court. Because the Republic does not request that the filings in Plaintiffs' motion be stricken, and because Plaintiffs do not oppose the Republic's position, Plaintiffs' motion (DE 156) is **DENIED AS MOOT**.

Accordingly, based on the Republic's statement of its position (DE 183) and Plaintiffs' notice of non-opposition (DE 189), it is **ORDERED AND ADJUDGED** as follows:

1. Docket entries 146, 149, 154, 155, 164, and 170 are **STRICKEN**.
2. Docket entries 125, 126, and 156 are **DENIED AS MOOT.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 8th day of February, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE