UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:14-cv-24414-KMW

CARMINA R. COMPARELLI, *et al.*,

    Plaintiffs,

v.

REPÚBLICA BOLIVARIANA DE
VENEZUELA, a sovereign nation, *et al.*,
_____/

**NOTICE OF WITHDAWAL OF DANIEL BALMORI
AS COUNSEL OF RECORD FOR DEFENDANTS**

PLEASE TAKE NOTICE THAT Daniel Balmori of the law firm of Hogan Lovells US LLP, one of the counsel of record for Defendants, Petroquimica de Venezuela, S.A., and International Petrochemical Sales Ltd. (hereinafter "Defendants"), hereby withdraws as counsel of record for Defendants. Therefore Daniel Balmori, and only Daniel Balmori, should be withdrawn as counsel for Defendants and should be removed from the service list in this matter.

The attorneys primarily responsible for this matter at the law firm of Hogan Lovells US LLP, remain as counsel of record and will continue to represent Defendants in this litigation.

Dated: June 10, 2021

    Respectfully submitted,

    HOGAN LOVELLS US LLP
    600 Brickell Avenue, Suite 2700
    Miami, Florida 33131
    Telephone:    305-459-6500
    Facsimile:    305-459-6550

    By: *s/Daniel Balmori*
       Daniel Balmori
       Fla. Bar No. 0112830
       daniel.balmori@hoganlovells.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/Daniel Balmori*