UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-24414-WILLIAMS/MCALILEY

CARMINA R. COMPARELLI, an
individual, and

JULIO C. DELGADO COMPARELLI, an
individual,

        *Plaintiffs*,

        v.

BOLIVARIAN REPUBLIC OF
VENEZUELA, a sovereign nation,

PETROQUÍMICA DE VENEZUELA, S.A.,
an agency or instrumentality of the
Bolivarian Republic of Venezuela, and

INTERNATIONAL PETROCHEMICAL
SALES, LTD., a British Virgin Islands
corporation,

        *Defendants*.

## ORDER INVITING STATE DEPARTMENT INPUT

On May 21, 2021, counsel for Plaintiffs Rita and Julio Comparelli, business owners

in Venezuela's logistics industry, notified Defendant the Bolivarian Republic of Venezuela

("the Republic") that they intended to depose former Venezuelan Supreme Court Justice

Eladio Ramón Aponte Aponte ("Justice Aponte") via remote videoconference in support

of their allegation that their prosecution in Venezuela was a pretext for the seizure and

expropriation of their companies. On May 26, counsel for Plaintiffs notified the Republic

that Justice Aponte had been served with a third-party subpoena and was willing to sit for a deposition.

On June 25, 2021, the Republic filed a motion to quash the subpoena of Justice Aponte, to the extent Plaintiffs seek to depose him regarding acts taken in his official capacity. In its motion, the Republic asserts common-law foreign official immunity on Justice Aponte's behalf as a former Venezuelan government official. (ECF No. 229).

The Court has scheduled a hearing on the Republic's Motion to Quash for August 10, 2021 at 1:30 p.m. At the request of the Republic, the Court hereby notifies the United States Department of State that the Court welcomes any opinion or information it may wish to share with the Court, prior to August 10, 2021, regarding the application, or not, of common-law foreign immunity in this instance.

Accordingly, it is hereby:

ORDERED that, in accordance with 28 U.S.C. § 517, the United States is invited to provide its views on the issue discussed above; it is further

ORDERED that the clerk shall mail one copy of this ORDER to Richard Visek, Acting Legal Adviser of the U.S. Department of State, 2201 C Street N.W., Washington, D.C. 20520; it is further

ORDERED that the clerk shall mail one copy of this ORDER to Juan Antonio Gonzalez, Acting U.S. Attorney for the Southern District of Florida, U.S. Attorney's Office, 99 N.E. 4th Street Miami, Fl. 33132.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 2nd day of July 2021.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:  The Honorable Kathleen M. Williams
     Counsel of record