**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 14-cv-24414-WILLIAMS/MCALILEY

COMPARELLI, *et al.*,

                *Plaintiffs,*

  v.

BOLIVARIAN REPUBLIC OF
VENEZUELA, *et al.*

                *Defendants*.

**NOTICE BY THE UNITED STATES**

On July 2, 2021, this Court notified the United States Department of State ("State Department") that the Bolivarian Republic of Venezuela ("Republic"), a Defendant in the above-captioned matter, has filed a motion to quash the subpoena of former Venezuelan Supreme Court Justice Eladio Ramón Aponte Aponte on grounds of common-law foreign official immunity.  *See* Order Inviting State Department Input at 1, ECF No. 236.  The Court indicated that it would "welcome[] any opinion or information [the State Department] may wish to share with the Court, prior to August 10, 2021, regarding the application, or not, of common-law foreign immunity in this instance."  *Id.* at 2.  The State Department hereby advises the Court that while it appreciates the invitation, it respectfully declines to file a Statement of Interest in this matter at this time.  *See* 28 U.S.C. § 517.

Dated: August 5, 2021                          Respectfully submitted,

                                                       BRIAN M. BOYNTON
                                                       Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
JOSEPH J. DEMOTT (Va. Bar No. 93981)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Phone: (202) 514-1944
Fax: (202) 616-8470
Email: joseph.borson@usdoj.gov

*Attorneys for the United States*