**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CARMINA R. COMPARELLI, an individual
and JULIO C. DELGADO COMPARELLI, an
individual.

         Plaintiffs,   Case No..: 1-14-CV-24414-KMW

    -against-

REPÚBLICA BOLIVARIANA DE VENEZUELA, *et al.*

         Defendants.
_____/

**PLAINTIFF CARMINA RITA COMPARELLI'S NOTICE OF FILING OF E-MAIL SENT BY PLAINTIFF'S COUNSEL TO THE BOLIVARIAN REPUBLIC OF VENEZUELA'S COUNSEL REGARDING ADMISISON BY PARTY OPPONENT**

  Plaintiffs, Carmina R. Comparelli ("Carmina"), through her undersigned counsel, hereby files a copy of the March 21, 2021 e-mail sent by undersigned counsel to Kent Yalowitz, counsel for the Bolivarian Republic of Venezuela, regarding the admissions made by the Ambassador for Venezuela to the Republic of Costa Rica in 2019.

Dated:  January 9, 2021.    Respectfully submitted,

            LAW OFFICES OF RODRIGO S. DA SILVA, P.A.
            777 Arthur Godfrey Road, Suite 402
            Miami Beach, Florida 33140
            E-mail: rodrigo@rdasilvalaw.com
            Telephone: (305) 615-1434
            Facsimile: (305) 615-1435

            By: */s/ Rodrigo S. Da Silva*
              Rodrigo S. Da Silva, Esq.
              Florida Bar No. 0088600
              *Counsel for Plaintiffs, Carmina R. Comparelli and Julio C. Delgado Comparelli*

| | |
|---|---|
| **Subject:** | Comparelli - Privileged Settlement Communication - Guaido's Venezuelan Ambassador in Costa Rica's Correspondence Acknowledging Illegal Nature of Venezuelan Judicial Proceedings |
| **Date:** | Thursday, March 25, 2021 at 1:28:21 PM Eastern Daylight Time |
| **From:** | Rodrigo Da Silva |
| **To:** | Yalowitz, Kent A. |
| **CC:** | Caraballo, Arturo, Maria Moreno, Kristen Hefley, R. Octavio Perez Parra, Pei, Sally, Ribeiro, Rafael R., Sanchez-Roig, Adrian R., Lorenzo, Richard |
| **BCC:** | julio delgado, Rita Comparelli |
| **Attachments:** | e9d03a16-3926-4002-a244-2b93f0944102[2].jpg |

Dear Kent:

I hope all is well. I am in the process of gathering the documents responsive to Defendants' RFPs. During that process, I came across, for the first time, with the attached document which is a December 2019 letter from Maria Faria Faria, Venezuelan Ambassador to the Republic of Costa Rica by the Guaidó Government in which she requests that the extradition request made by Venezuela to Costa Rica for the Plaintiff Carmina Rita Comparelli **be withdrawn**. More importantly, Ambassador Faria writes in Spanish in the third paragraph that "**In addition, we have information, that in this particular case, the Venezuelan justice system was used to launch a political persecution against [Carmina Rita Comparelli**]". We deem this statement to be an admission by a party-opponent and it appears that the Guaidó Government has already acknowledged that the judicial proceedings used to expropriate my clients' companies are a sham.

Please note that any reference in this letter as Carmina Rita Comparelli being a Venezuelan citizen is a mistake originally made by the Maduro government in its original extradition request and note that the passport number indicated in the documentation is her Italian passport.

We will be making a document production on April 2, 2021, but we wanted to bring this key and highly relevant document to your immediate attention.

Best Regards,

**Rodrigo S. Da Silva, Esq.**
Shareholder
Law Offices of Rodrigo S. Da Silva, P.A.
T: (305) 615-1434 | F: (305) 615-1435
777 W 41st Street, Suite 402, Miami Beach, FL 33140
Skype: rdasilvalaw | rodrigo@rdasilvalaw.com | www.rdasilvalaw.com
LinkedIn    |    Facebook

EMBAVENZEZCR-DE-2019-163

Excelentísimo:
**Ministro de Relaciones Exteriores**
**Dirección de Asuntos Jurídicos Internacionales**
Su Despacho. -

Me dirijo a usted muy respetuosamente, en mi condición de embajadora de la República Bolivariana de Venezuela en la Republica de Costa Rica, con el objeto de referirme al oficio N° 10994-19 de la Secretaria General de la Corte Suprema de Justicia, a solicitud de extradición que pesa contra la ciudadana venezolana **Carmina Rita Comparelli**, titular de pasaporte N° YB5344742, nacida en fecha 9/03/1951, de 68 años de edad, quien se encuentra requerida a solicitud de extradición realizada por Venezuela N° 11-000079-016-PE.

Al respecto, cumplo con informarle que la decisión judicial mediante la cual se solicita la aprehensión de la referida ciudadana fue realizada por conducto de quien actualmente usurpa funciones de Fiscal General en Venezuela y tramitada por quienes hacen las veces de miembros del Tribunal Supremo de Justicia, todos designados por la Asamblea Nacional Constituyente que funciona al márgen de todo ordenamiento legal, y que ha sido rotundamente rechazada por la comunidad internacional, y la ciudadanía venezolana. Se trata en consecuencia de autoridades usurpadas y, conforme a nuestro ordenamiento constitucional, sus actos son nulos y no pueden generar actos jurídicamente válidos.

Asimismo, contamos con información que, en este caso particular, se ha utilizado al Sistema de Justicia venezolano para emprender una persecución por razones políticas contra la referida ciudadana.

En consecuencia, la solicitud que ha originado la presente petición de extradición no debe surtir efectos jurídicos válidos, y, en consecuencia, se entiende como **RETIRADA** por las legítimas autoridades venezolanas, razón por lo que solicito que surta los efectos jurídicos subsecuentes.
Sin más que agregar, esperando de usted su máximo entendimiento y colaboración en función de estrechar los lazos ya existentes entre ambas Naciones, se suscribe,

Muy Atentamente,

**Maria Faria Faria**
*Embajadora de la República Bolivariana de Venezuela*
*en la República de Costa Rica*